UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 24-mj-14 |
| | : | |
| **DAVID MICHAEL GARY,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO CONTINUE INITIAL APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for an order continuing the Initial Appearance currently scheduled for February 1, 2024. In support of this Motion, the government states as follows:

1. This Court issued a complaint and arrest warrant in the above captioned matter on January 16, 2024. *See* Compl., Doc. 1.

2. The defendant was arrested in the Southern District of California on January 19, 2024. *See* Arrest Warrant Return, Doc. 5.

3. The defendant was presented for his initial appearance in the arresting jurisdiction on January 22, 2024. *See* Exhibit A, S.D. California Docket Sheet, 24-mj-175-BLM, at Doc. 5. At his initial appearance, the defendant was appointed CJA counsel. *See id.* The defendant did not waive his identity hearing, and the hearing was scheduled for January 30, 2024. *See id.*

4. The same day, this Court scheduled the defendant's initial appearance in this District for February 1, 2024. *See* 1/22/24 Minute Entry. The undersigned conveyed this scheduling, through her counterpart at the U.S. Attorney's Office for the Southern District of California, to the defendant's appointed attorney in California.

5. On January 29, 2024, the defendant's counsel in California sought a continuance of the identity hearing to allow her client to retain counsel for this District of Columbia case, because she did not intend on continuing her representation of the defendant in the defendant's District of Columbia case.

6. The Honorable Barbara Lynn Major of the Southern District of California then granted that request and continued the identity hearing until February 15, 2024. *See* Exhibit A, S.D. California Docket Sheet, 24-mj-175-BLM, at Doc. 10 ("NOTICE OF CHANGE OF HEARING as to Defendant David Michael Gary. At the request of Defense counsel, Removal/ID Hearing continued to 2/15/2024 at 09:30 AM before Magistrate Judge Barbara Lynn Major.").

In light of the defendant's still-pending identity hearing in the Southern District of California, the Southern District of California has not yet transferred this case to the District of Columbia under Federal Rule of Criminal Procedure 5(c)(3)(D). Accordingly, the government respectfully moves to continue the defendant's initial appearance in the District of Columbia until February 20, 2024. The defendant's counsel in California has not made an appearance in this District but does not oppose this Motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001