IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: 1:24-mj-00014-MAU |
| DAVID MICHAEL GARY | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO CHANGE ATTORNEY STATUS

Undersigned counsel hereby moves to change his status as attorney for Defendant, David Michael Gary in the above captioned matter and in support thereof states:

1. On February 20, 2024, by Order of this Court, G. Adam Ruther was admitted *pro hac vice* as co-counsel for the Defendant, while his application for admission to this Court was pending.

2. Subsequently, Mr. Ruther's application was granted, and on March 4, 2024, he was sworn in as a member of the bar of this Court (Bar ID No.: MD0207).

Therefore, for the foregoing reasons, Mr. Ruther respectfully requests that this Court change his status in the above-captioned case from *pro hac vice* to retained counsel for the Defendant.

Dated: March 22, 2024                                         Respectfully submitted,

*/s/ G. Adam Ruther*
G. Adam Ruther (DC Fed Bar No.: MD0207)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Facsimile: (410) 727-1115
aruther@rosenbergmartin.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on all counsel of record in the captioned case this 22nd day of March 2024 through filing in the Court's CM/ECF system.

      */s/ G. Adam Ruther*