# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.:  1:24-mj-00014-MAU |
| **DAVID MICHAEL GARY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE

Pursuant to LCrR 44.5(d), William L. Hallam, Esquire of Rosenberg Martin Greenberg, LLP, hereby moves to withdraw his appearance in the above-captioned matter as counsel for the Defendant, David Michael Gary ("Defendant").  A copy of Defendant's consent to this withdrawal is attached hereto as **Exhibit A**.  The withdrawal of Mr. Hallam's appearance will not unduly delay the trial of this case; it will not be unfairly prejudicial to any party, and it will not be contrary to the interests of justice.  G. Adam Ruther, also of Rosenberg Martin Greenberg, LLP, who has been involved in the case since its inception, shall remain as counsel for the Defendant.  Counsel for the government has no objection to the relief requested herein.

Dated: April 16, 2024                                   Respectfully submitted,

*/s/ William L. Hallam*
William L. Hallam (Fed Bar: 420586)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Facsimile: (410) 727-1115
whallam@rosenbergmartin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record in the captioned case this 16th day of April 2024 through filing in the Court's CM/ECF system.

                                                      */s/ William L. Hallam*
                                                     William L. Hallam

4868-3293-3554, v. 1