# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.:  1:24-mj-00014-MAU |
| **DAVID MICHAEL GARY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT TO WITHDRAWAL OF APPEARANCE**

I, David Michael Gary, Defendant, in the above-captioned matter, consent to the withdrawal of the appearance of William L. Hallam, Esquire of Rosenberg Martin Greenberg, LLP as my counsel.  G. Adam Ruther, Esquire of Rosenberg Martin Greenberg, LLP shall remain as my counsel of record.

_____
David Michael Gary

4873-5953-4007, v. 1