IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: 1:24-mj-00014-MAU |
| DAVID MICHAEL GARY | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE

Pursuant to LCrR 44.5(d), G. Adam Ruther, Esquire of Rosenberg Martin Greenberg, LLP, hereby moves to withdraw his appearance in the above-captioned matter as counsel for the Defendant, David Michael Gary ("Defendant"). A copy of Defendant's consent to this withdrawal is attached hereto as **Exhibit A**. The withdrawal of Mr. Ruther's appearance will not unduly delay the trial of this case; it will not be unfairly prejudicial to any party, and it will not be contrary to the interests of justice. Eric Bacaj of Silverman Thompson Slutkin White shall remain as counsel for the Defendant.

Dated: June 14, 2024            Respectfully submitted,

                                            /s/ G. Adam Ruther
                                            G. Adam Ruther (DC Fed Bar No.: MD0207)
                                            Rosenberg Martin Greenberg, LLP
                                            25 South Charles Street, 21st Floor
                                            Baltimore, Maryland 21201
                                            Phone: (410) 727-6600
                                            Facsimile: (410) 727-1115
                                            aruther@rosenbergmartin.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on all counsel of record in the captioned case this 14th day of June 2024 through filing in the Court's CM/ECF system.

                                                */s/ G. Adam Ruther*
                                                G. Adam Ruther

4894-0410-5414, v. 1