IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-mj-14 (MAU) |
| | : | |
| **DAVID MICHAEL GARY**, | : | |
| *Defendant.* | : | |

**DEFENDANT'S *UNOPPOSED* MOTION TO MODIFY
RELEASE CONDITIONS FOR TEMPORARY TRAVEL**

David Michael Gary, through his undersigned counsel, files this motion seeking a modification of his release conditions to permit temporary travel, and states as follows:

1. On January 19, 2024, Gary was arrested in California and charged with violations of 18 U.S.C. §§ 1752(a)(1), 1752(a)(2), 40 U.S.C. §§ 5104(e)(2)(D) and 5104(e)(2)(G).

2. Since his initial presentment, Gary has been in *full compliance* with his conditions of release, which included staying away from the District of Columbia, notifying Pretrial Services prior to any travel outside of the Southern District of California, and to surrender his passport to Pretrial Services for the Southern District of California. ECF No. 13.

3. Gary seeks to travel with his wife from his residence for a pre-paid cruise to Mexico. The cruise departs from Los Angeles, California, on July 20, 2024, to Mexico, before returning to Los Angeles on July 27, 2024.

4. Gary respectfully requests that the Court temporarily order the release of his passport. Upon his return, Gary will return his passport to Pretrial Services in compliance with the conditions of his release.

5. Gary has provided his full travel itinerary to his Pretrial Services Agency Representative Bianca Gomez, who has advised undersigned counsel that the Pretrial Services Agency does not object to Gary's travel request.

6. Undersigned counsel has also conferred with counsel for the United States and Government counsel informs undersigned counsel that the Government does not oppose the relief requested in this motion.

For all the reasons stated herein, the Defendant, who has been in *complete* compliance with his conditions of release, respectfully requests that the Court grant the requested modification to his release conditions for temporary travel.

Dated: July 5, 2024                    Respectfully submitted,

**SILVERMAN | THOMPSON | SLUTKIN | WHITE**

  */s/ Eric Bacaj*
Eric Bacaj (D.C. Bar No. 1572892)
400 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Facsimile:  (410) 547-2432
Email: ebacaj@silvermanthompson.com

*Counsel for Defendant David Gary*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July 2024, a copy of the foregoing was emailed to Assistant United States Attorney Katherine Boyles Esq., counsel for the United States of America.

*/s/ Eric Bacaj*
Eric Bacaj
