# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 24-mj-14 (MAU) |
| : | |
| **DAVID MICHAEL GARY**, : | |
| *Defendant.* : | |

## ORDER

Upon consideration of Defendant's *Unopposed* Motion to Modify Release Conditions for Temporary Travel, it is this 8th day of July, 2024, it is **ORDERED**:

That, for good cause shown, the Motion is **GRANTED**, and the Defendant is permitted to travel to Mexico on or about July 20, 2024, and return to the Southern District of California on or about July 27, 2024.

It is further **ORDERED** that Pretrial Services for the Southern District of California temporarily release Defendant's passport to his possession and that Defendant surrender his passport to Pretrial Services for the Southern District of California no later than August 2, 2024.

**SO ORDERED**.

_____
Zia M. Faruqui
United States Magistrate Judge