## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 24-mj-14 |
| : | |
| **DAVID M. GARY** : | |
| | |
| **Defendant.** | |

### ORDER

Based upon the representations in the parties' Joint Motion to Continue and to Exclude Time under the Speedy Trial Act, it is hereby

**ORDERED** that the motion is **GRANTED;** it is further

**ORDERED** that the status hearing currently scheduled for August 13, 2024, is continued to October 15, 2024 at 1:00 p.m.; and it is further

**ORDERED** that the time between August 13, 2024, and October 15, 2024, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will give the parties additional time to process, organize, review, and produce discovery and engage in pretrial negotiations so that they can potentially reach a resolution.

_____
The Hon. Zia M. Faruqui
United States Magistrate Judge